

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:         01-12-01005-CR

Trial Court Cause
Number:               1315369

Style:                Herber Bal Aparicio-Cabrera

                      **v** The State of Texas

Date motion filed[*]:  April 25, 2013

Type of motion:        Motion for Extension of Time to File Pro Se Response

Party filing motion:   Appellant

Document to be filed:  Pro Se Response to Appointed Counsel's Anders Brief

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:
    Original due date:                          April 8, 2013
    Number of previous extensions granted:      1, with no further extensions noted; Current due date, May 6, 2013
    Date Requested:

Ordered that motion is:

    ☐ Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

        ☐ The Court will not grant additional motions to extend time.

    ☒ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒ Other: The Court will consider any pro se response on file when the case is submitted.

Judge's signature: /s/ Laura Carter Higley
        ☒ Acting individually     ☐ Acting for the Court

Panel consists of  Justices Keyes, Higley, and Bland

Date: May 3, 2013